UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ROBERT E. BRYANT,

        Plaintiff

    v.                               C-1-09-810

COMMISSIONER OF SOCIAL SECURITY,

        Defendant

### ORDER

This matter is before the Court upon the Report and Recommendation of the United States Magistrate Judge (doc. no. 10) to which neither party has objected.

Upon a *de novo* review of the record, the Court finds that the Magistrate Judge has accurately set forth the applicable law and has properly applied it to the particular facts of this case. Accordingly, in the absence of any objections by the parties, this Court accepts the Report as uncontroverted. The Report and Recommendation is ADOPTED AND INCORPORATED herein.

2

Accordingly, for the reasons stated in the Report and Recommendation (doc. no. 10) the Court finds the ALJ's analysis is unsupported by substantial evidence and the ALJ's non-disability finding is REVERSED AND REMANDED for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g), including but not limited to a determination of the weight to be accorded to the opinions of plaintiff's treating physicians and an explanation on the record therefor; reconsideration of plaintiff's RFC; and reconsideration of plaintiff's credibility consistent with this decision.

This case is TERMINATED on the docket of this Court.

IT IS SO ORDERED.

                                                   s/Herman J. Weber  
                                        Herman J. Weber, Senior Judge  
                                        United States District Court