IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Robert E. Bryant, :
:
    Plaintiff(s), :
: Case Number: 1:09cv810
vs. :
: Judge Susan J. Dlott
Commissioner of Social Security, :
:
    Defendant(s). :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge filed on September 27, 2016 (Doc. 16), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired October 14, 2016, hereby ADOPTS said Report and Recommendation.

Accordingly, plaintiff's §406(b) motion for attorney fees is (Doc. 26) is GRANTED. Counsel is awarded $3,864.56 in fees.

IT IS SO ORDERED.

                                                                                              *Judge Susan J. Dlott*
                                                                                              United States District Court